FILED: July 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1485
(8:13-cv-02911-RWT)

_____

PATRICIO DAVID TREJO

    Plaintiff

MOHAMMAD SAZZAD JAHIR; ANTHONY MINTU GOMES

    Plaintiffs - Appellants

v.

RYMAN HOSPITALITY PROPERTIES, INC., a Delaware corporation;
MARRIOTT INTERNATIONAL, INC., a Delaware corporation

    Defendants - Appellees

-------------------------------

UNITED STATES OF AMERICA

    Amicus Curiae

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK